UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION NO. 10 CIV. 5762 (RJS) |
| v. | : |
| | : |
| LI & FUNG (TRADING) LIMITED, | : JURY TRIAL DEMANDED |
| | : |
| Defendant. | : |

## RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff NAF HOLDINGS, LLC (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held:

NONE.

Respectfully submitted,

\S\
_____
Steven Halperin (sth-8723)
HALPERIN & HALPERIN, P.C.
18 East 48th Street
New York, NY 10017
(212) 935-2600
(212) 935-2390 – fax
and

1

                                      George A. Reihner
                                      WRIGHT & REIHNER, P.C.
                                      148 Adams Avenue
                                      Scranton, Pennsylvania 18503
                                      (570) 961-1166
                                      (570) 961-1199 - fax

DATED:  July 29, 2010