**MEMO ENDORSED**

LAW OFFICES OF

# HALPERIN & HALPERIN, P.C.

DAVID HALPERIN
STEVEN T. HALPERIN
---------
PETER M. MESSER
OF COUNSEL-

18 EAST 48TH STREET, NEW YORK, N.Y.  10017-1014
TELEPHONE (212) 935-2600
---------
FACSIMILE (212) 753-9173

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/16
```

October 18, 2010

**BY HAND**

RECEIVED
OCT 19 2010
SULLIVAN

Hon. Richard J. Sullivan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 11793

Re:  NAF Holdings, LLC v. Li & Fung (Trading) Limited,
Case No. 10 CV 5762 (RJS)

Your Honor:

We are co-counsel for the plaintiff NAF Holdings, LLC, the plaintiff in the above-captioned action before you.

In accordance with the Order of the Court dated August 31, 2010, the parties were directed to appear for a status conference on Monday, September 27, 2010 at 11:30 AM and were required to deliver to the Court not later than September 17, 2010, a joint letter providing the Court with relevant information regarding the case.  Upon request of the undersigned, the Court subsequently adjourned the date by which a joint letter was to be delivered to October 18, 2010 and the status conference to October 29, 2010 at 10:30 AM.  A copy of the Court's September 22, 2010 Order is enclosed for the ready reference of the Court (Document No. 4).

By this letter, plaintiff respectfully applies for a further thirty (30) day adjournment of the status conference, as well as a further thirty (30) day extension of time to comply with the Court's Order of August 31, 2010.  This application is requested because defendant has still not appeared in this action; and plaintiff is therefore unable to file a joint statement regarding the issues in this case pursuant to this Court's Order of August 31, 2010.  The Court should be aware that service upon the defendant, Li & Fung (Trading) Limited, a Hong Kong corporation, was in fact completed upon the Chief Secretary of Hong Kong (Central Authority) pursuant to the provisions of the Hague Convention on September 30, 2010; and an affidavit confirming such service was electronically filed plaintiff on

**BY HAND**

Hon. Richard J. Sullivan
United States District Court
October 18, 2010
Page Two

October 6, 2010 (Document No. 5).  However, plaintiff has not yet
received a certificate from the Chief Secretary of Hong Kong
(Central Authority), confirming the transmission of the Summons &
Complaint to defendant.

          This is plaintiff's second application for an extension
of time to comply with the Court's August 31, 2010 Order.   The
undersigned has been unable to obtain the consent of adversary
counsel to this application because there has not yet been an
appearance by defendant in this action.

                              Respectfully submitted,

                              \s\

                              Steven T. Halperin

cc:  George Reihner, Esq.
     Wright & Reihner, P.C.

SO ORDERED.
Dated:  10/19/10

RICHARD J. SULLIVAN
U.S.D.J.