UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/19/10
```

NAF HOLDINGS, LLC,

                Plaintiff,

-v-

LI & FUNG (TRADING) LIMITED,

                Defendant.

No. 10 Civ. 5762 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of a letter from Plaintiff dated November 17, 2010, requesting a further extension of the deadline to file initial submissions and an adjournment of the initial conference due to the fact that Defendant has failed to file a notice of appearance in this case. The request is HEREBY GRANTED. The deadline to file initial submissions in accordance with the Court's Order dated August 31, 2010 is HEREBY ADJOURNED to January 21, 2011, at 4:00 p.m., and the initial conference previously scheduled for November 29, 2010 is HEREBY ADJOURNED to February 4, 2011, at 11:30 a.m.

    Plaintiff is further advised that, pursuant to Rule 1.A of the Court's Individual Practices, e-mail communication with Chambers is preferred.

SO ORDERED.

Dated:        November 18, 2010
                New York, New York

                                          RICHARD J. SULLIVAN
                                          UNITED STATES DISTRICT JUDGE