UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



NAF HOLDINGS, LLC.

          Plaintiff,

-v-

LI & FUNG (TRADING) LIMITED,

          Defendant.

No. 10 Civ. 5762 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

The Court is in receipt of a letter from Plaintiff dated January 25, 2011, requesting a further extension of the deadline to file initial submissions and an adjournment of the initial conference due to the fact that Defendant has not appeared in this case. Plaintiff further reports that although service was completed upon the Chief Secretary of Hong Kong pursuant to the Hague Convention on September 30, 2010, Plaintiff has not received a certificate from the Chief Secretary of Hong Kong confirming service of the Amended Complaint and summons upon Defendant. Accordingly, IT IS HEREBY ORDERED that the deadline to file initial submissions in accordance with the Court's Order dated August 31, 2010 is HEREBY ADJOURNED to March 21, 2011, at 4:00 p.m., and the initial conference previously scheduled for February 4, 2011 is HEREBY ADJOURNED to April 1, 2011, at 10:30 a.m.

SO ORDERED.

Dated:     January 25, 2011
            New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE