UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAF HOLDINGS, LLC, | : |
| | : |
| Plaintiff, | : |
| | : 1:10-CV-05762-PAE |
| v. | : |
| | : |
| LI & FUNG (TRADING) LIMITED, | : |
| | : |
| Defendant. | : |

## NOTICE OF APPEAL

Notice is hereby given that NAF Holdings, LLC, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an Order granting summary judgment to Defendant entered in this action on the 8th day of February, 2013.

                                                Respectfully submitted,

                              By:   /s/ George A. Reihner
                                       George A. Reihner
                                       WRIGHT & REIHNER, P.C.
                                       148 Adams Avenue
                                       Scranton, Pennsylvania 18503
                                       (570) 961-1166
                                       (570) 961-1199 – fax
                                            and
                                       Steven Halperin
                                       HALPERIN & HALPERIN, P.C.
                                       18 East 48th Street
                                       New York, NY 10017
                                       (212) 935-2600
Dated:  March 7, 2013                   (212) 935-2390 - fax

## **CERTIFICATE OF SERVICE**

    I, George A. Reihner, hereby certify that I have caused to be served this day a true and correct copy of the foregoing Notice of Appeal, *via* the ECF system of this Court, on all counsel of record.

                                            /s/ George A. Reihner
                                            George A. Reihner

Dated:  March 7, 2013