John J. Hay
Deric Gerlach
Salans FMC SNR Denton Europe LLP
620 Fifth Avenue
New York, NY 10020
Tel: 212-632-5500
Fax: 212-632-5555

Attorneys for Li & Fung (Trading) Limited

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAF HOLDINGS LLC,

                Plaintiff,

      v.

LI & FUNG (TRADING) LIMITED,

                Defendant.

Civil Action No.
10 Civ. 05762 (PAE)

NOTICE OF CHANGE OF LAW FIRM NAME

TO:   The Clerk of Court and All Parties of Record:

      PLEASE TAKE NOTICE THAT, effective March 28, 2013, Salans LLP has changed its name to Salans FMC SNR Denton Europe LLP. The firm and its lawyers' addresses, phone numbers and fax numbers have not been affected by this change.  However, the email addresses for the counsel of record whose names appear below have been changed and are as set forth in the signature block below.  Please take notice of these changes and update your records accordingly.

Dated: April 3, 2013                    Respectfully submitted,


                                        By: /s/ John H. Hay_____
                                        John J. Hay
                                        Deric Gerlach
                                        Salans FMC SNR Denton Europe LLP
                                        620 Fifth Avenue
                                        New York, NY 10020
                                        John.Hay@dentons.com
                                        Deric.Gerlach@dentons.com
                                        Tel: 212-632-5500
                                        Fax: 212-632-5555
                                        Counsel for Li & Fung (Trading) Limited